**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-----------------------------------------------------------------X
CHERYL LAPAN, MICHELLE SHUTT, AARON
WILLIAMS, ANA TOTH, JOHN BOUCHARD, and
PATRICK KACZMARCZYK, individually and on
behalf of all other persons similarly situated,

                          CIVIL ACTION

          Plaintiffs,

                          Case No.: 1:13-cv-11390-RGS

        -against-

DICK'S SPORTING GOODS, INC.,

          Defendant.
-----------------------------------------------------------------X

**FINAL JUDGMENT**

      WHEREAS, on December 11, 2015, this Court granted preliminary approval to a settlement of this action (the "Preliminary Approval Order"), embodied in the Parties' December 8, 2015 Settlement Agreement ("Settlement Agreement"), and described the Rule 23 classes and the FLSA collective action that have been asserted in this case;

      WHEREAS, on April <u>19</u>, 2016, this Court entered its Order Confirming Certification Of Class/Collective Action and Granting Final Approval To Settlement ("Final Approval Order"), granting final approval to the settlement. In its Final Approval Order, this Court found that the settlement is fair, reasonable, and adequate as to the members of the Settlement Classes (as defined in the Settlement Agreement);

      WHEREAS, this Court has found that the notice sent to members of the Settlement Classes fairly and adequately informed them of the terms of the settlement, was consistent with

NAI-1500928592v1

Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Preliminary Approval Order:

This Court enters final judgment in this case. As to Named Plaintiffs, and as to all members of the Settlement Classes who did not timely and properly opt out, the Court dismisses the matter with prejudice in accordance with the terms of the Settlement Agreement, the Final Approval Order, and the Preliminary Approval Order.

This Final Judgment shall not bind the persons list in Exhibit A, who have timely and properly opted out of the Settlement Classes.

Without affecting the finality of this Judgment in any way, the Court retains jurisdiction over this action and the Parties to administer, supervise, interpret and enforce the Settlement Agreement and this Order.

_____
Honorable Richard G. Stearns
United States District Judge

## EXHIBIT A

1. BROOKE NICHOLE BARRICK

2. CASEY VICTORIA BOSTIAN

3. THOMAS F CASTELLI

4. JAMES J GOLDSTEIN III

5. MATTHEW K HANDLEY

6. ADAM B HARREL

7. ALLEN H LACKNER

8. ALICIA MARIE VANNORTWICK

9. MEGAN LEIGH JURIC

10. PATRICK JOSEPH MCCANE